# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JERRY LEE CONWAY, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | 2:09-cv-394-WTL-DML |
| ) | |
| HELEN J. MARBERRY, Warden, ) | |
| ) | |
| Respondent. ) | |

## E N T R Y

The issuance of a default judgment in an action for a writ of habeas corpus is rarely warranted. *See Bleitner v. Welborn,* 15 F.3d 652 (7th Cir. 1994). This case is no exception to the general rule. In addition, the issuance of a default judgment would be inconsistent with the Second Order to Show Cause issued on March 17, 2010. Accordingly, the petitioner's motion for judgment by default (dkt 8) is **denied.**

**IT IS SO ORDERED.**

Date: 03/25/2010

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jerry Lee Conway
Reg. No. 20469-076
Federal Constitutional Institution
P.O. Box 33
Terre Haute, IN 47808

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048