**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JERRY LEE CONWAY,                    )  <br>                                                          )  <br>                    Petitioner,         )  <br>     vs.                                           )          2:09-cv-394-WTL-DML  <br>                                                          )  <br>HELEN J. MARBERRY, Warden,  )  <br>                                                          )  <br>                    Respondent.       )  | |

### E N T R Y

The issuance of a default judgment in an action for a writ of habeas corpus is rarely warranted. *See Bleitner v. Welborn,* 15 F.3d 652 (7th Cir. 1994). This case is no exception to the general rule. In addition, the issuance of a default judgment would be inconsistent with the Second Order to Show Cause issued on March 17, 2010. Accordingly, the petitioner's motion for judgment by default (dkt 5) is **denied.**

   **IT IS SO ORDERED.**

Date: 04/09/2010

Distribution:

Jerry Lee Conway
Reg. No. 20469-076
Federal Constitutional Institution
P.O. Box 33
Terre Haute, IN 47808

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana